[No. 9867–2–III. Division Three. January 10, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY RICHARD HERRERA, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88–1–00179–8, Yancey Reser, J., entered

January 23, 1989. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.